existence at that time a county committee and an assembly district committee of the American Labor Party. Permission for leave to appeal to the Court of Appeals is granted. Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ., concur. [192 Misc. 1060.]

In the Matter of EDWARD G. DILLON et al., Petitioners, against SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— In the matter of the application for an order in the nature of a writ of prohibition in the above matter. Application granted, without costs, with leave to appeal to the Court of Appeals. Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ., concur.

In the Matter of JAMES F. DILLON, Respondent, against RUTH ROBERTS et al., Appellants.— Order modified by eliminating from the decretal provisions of the order paragraph " 2 " and as so modified affirmed, without costs. Heffernan, Brewster, Russell and Deyo, JJ., concur; Hill, P. J., dissents upon the ground that petitioners are not aggrieved parties. Permission is hereby granted to appeal to the Court of Appeals. Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ., concur. [193 Misc. 6.]

In the Matter of D-CADY HERRICK, 2D, Respondent, against KOSTAS DAKCHOY-LOUS et al., Appellants.— Order modified by eliminating from the decretal provisions of the order paragraph " 2 " and as so modified affirmed, without costs. Heffernan, Brewster, Russell and Deyo, JJ., concur; Hill, P. J., dissents upon the ground that petitioners are not aggrieved parties. Permission is hereby granted to appeal to the Court of Appeals. Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ., concur. [193 Misc. 6.]

In the Matter of JOHN J. KILEY, Respondent, against CHESTER A. BANKS et al., Appellants.— Order modified by eliminating therefrom paragraph numbered " 2 " of the decretal provisions of the order and as so modified affirmed, without costs. Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ., concur. Permission to appeal to the Court of Appeals granted. Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ., concur. [193 Misc. 10.]

In the Matter of JOHN J. KILEY, Respondent, against MARGARET L. WHEELER et al., Appellants.— Order modified by deleting from the decretal parts thereof paragraph numbered " 2 " and by amending decretal paragraph numbered " 3 " by adding thereto " pursuant to the purported certificate of substitution of nominations above referred to," and as so modified affirmed, without costs to either party. Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ., concur. Permission to appeal to the Court of Appeals granted. Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ., concur. [193 Misc. 10.]

In the Matter of MARGARET L. WHEELER, Respondent, against THOMAS J. CURRAN, as Secretary of State of the State of New York, et al., Appellants.— Appeal from orders dated October 8, 1948, of the Albany Special Term. Order affirmed, without costs. Hill, P. J., Brewster, Russell and Deyo, JJ., concur; Heffernan, J., dissents and votes to reverse on the ground that under the statute and the rules of the American Labor Party the State executive committee had no authority to make the substitute nominations. There was in existence at that time a county committee and an assembly district committee of the American Labor Party. Permission for leave to appeal to the Court of Appeals is granted. Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ., concur. [192 Misc. 1055.]